IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEXER FRANCISCO LACAYO
GARCIA,

     Petitioner,

v.

MICHAEL ROSE, ET AL.,

     Respondents.

No. 2:26-cv-808

### STIPULATION AND ORDER

Petitioner Dexer Francisco Lacayo ("Petitioner") and all respondents ("Respondents") stipulate as follows:

1. On February 7, 2026, Petitioner filed a petition for writ of habeas corpus.

2. On February 10, 2026, Respondents filed a response to the petition.

3. On February 18, 2026, this Court granted the habeas petition in part, directing the government to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) by March 2, 2026 or, alternatively, to release Petitioner from ICE custody. *See* ECF No. 4.

4. Shortly after the Court's order, Petitioner decided that he would prefer to pursue a removal order at his Immigration Court hearing on Monday, February 23rd.

5. The parties agree that, in light of Petitioner's election of a removal order, a bond hearing is no longer necessary or appropriate and that Respondents should not be alternatively required to release Petitioner from ICE custody within seven days. Instead, Petitioner's request for a removal order should go forward in the normal course. Accordingly, the parties agree that Respondents shall no longer be required to provide Petitioner with a bond hearing, as provided in

the Court's February 18, 2026 Order (ECF No. 4), nor shall Respondents be required to release

Petitioner.

6.      The parties agree that this case should be dismissed, with each party to bear their

own costs and fees.

So stipulated,

PALLADINO, ISBELL & CASAZZA, LLC

DAVID METCALF
United States Attorney

/s Lina Ruth Duiker
Lina Ruth Duiker
1528 Walnut St., Suite 1701
Philadelphia, PA 19102
lina@piclaw.com
(215) 576-9000
*Counsel for Petitioner*

/s David A. Degnan
David A. Degnan
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
David.Degnan@usdoj.gov
(215) 861-8522
*Counsel for Respondents*

Dated: February 20, 2026

**APPROVED AND SO ORDERED:**

/s/ Joel H. Slomsky
Joel H. Slomsky
United States District Judge

**DATED**: 2/25/2026

2